# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.      : | Criminal Action No.: 12-cr-231 (RC) |
| : | |
| JAMES HITSELBERGER,   : | Re Document No.:    18, 54, 65 |
| : | |
| Defendant.    : | |

## ORDER

In consideration of the Defendant James Hitselberger's unopposed request to remove all conditions of release, and for good cause, it is hereby **ORDERED** that Defendant is released from all conditions of supervised release, except for those listed specifically below. This Court's previous Order modifying conditions of supervised release (ECF No. 65) is **VACATED.** This Court's previous Order modifying conditions of supervised release (ECF No. 54) is **VACATED.** This Court's previous Order setting conditions of supervised release (ECF No. 18) is **VACATED IN PART.**

Defendant shall continue to observe the following conditions of supervised release:

1) Defendant shall meet with his pretrial services officer once a month, and shall call that officer once a week; and

2) Defendant agrees not to seek to obtain any new passport during the pendency of this matter and to surrender any additional passports he has not already surrendered, whether current or expired.

**SO ORDERED**.

Dated: March 27, 2014                             RUDOLPH CONTRERAS
                                                  United States District Judge