UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12-CR-231 (RC) |
| v. | ) | |
| | ) | |
| JAMES HITSELBERGER, | ) | Count One: |
| | ) | 18 U.S.C. § 1924 |
| Defendant. | ) | Unauthorized Removal and |
| | ) | Retention of Classified Documents |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about April 11, 2012, at the Naval Support Activity Bahrain in the Kingdom of

Bahrain, defendant JAMES HITSELBERGER, a contractor of the United States, and by virtue of

his position as a contractor, being in possession of certain materials which contained classified

information possessed by the United States, which was classified at the SECRET level and

concerned the national defense or foreign relations of the United States, knowingly removed

such material without authorization with intent to retain such material at an unauthorized

location, in that HITSELBERGER knowingly removed two classified documents, titled Joint

Special Forces Task Force Situation Report 104 (JSOTF SITREP 104), dated April 11, 2012, and

a Navy Central Command Regional Analysis dated April 9, 2012, from a Restricted Access Area

at Naval Support Activity Bahrain.

(All in violation of Title 18, United States Code, Section 1924)

Ronald C. Machen Jr.
United States Attorney

Jay I. Bratt (Illinois Bar No. 6187361)
Thomas A. Bednar (DC Bar No. 493640)
Assistant United States Attorneys
National Security Section
555 4th Street, NW, 11th Floor
Washington, D.C.  20530
(202) 252-7789 (Bratt)
jay.bratt2@usdoj.gov
(202) 252-7877 (Bednar)
thomas.bednar@usdoj.gov

/s/
Deborah A. Curtis
Elizabeth Cannon
U.S. Department of Justice Trial Attorneys